JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA RUIZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MONTEREY PARK, a municipality; ISRAEL SANCHEZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 16-5502-DMG (SSx)<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION [19]** |

AFTER GOOD CAUSE BEING SHOWN:

IT IS HEREBY ORDERED that the above-captioned matter (and all claims set forth therein) is dismissed as to all Defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: November 21, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
**PROOF OF SERVICE**